

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 DEC 19  P 2: 16

December 19, 2011

OFFICE
AT BALTIMORE

BY_____ DEPUTY

Michael I. Gordon
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Gerard P. Sunderland*
Louis J. Kozlakowski, Jr.
George J. Bachrach
Robert W. Hesselbacher, Jr.**
Kenneth F. Davies
Stephen F. White
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*
Michael A. Stover
Cynthia E. Rodgers-Waire*
Michael A. Stanley
Howard S. Stevens*

Associates
Mollie G. Caplis*
Meighan Griffin Burton
Jason R. Potter

Towson Office
220 Bosley Avenue
Towson, Maryland 21204
410-296-1163

www.wcslaw.com

Writer's Direct Dial/E-Mail:
(410) 659-1304/swhite@wcslaw.com

Clerk
U.S. District Court for
  the District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201

WMN 11 CV 3642

Re:     Dino J. Kalandras v. Brawner Builders, Inc.

Dear Clerk:

    Enclosed please find the Complaint, Demand for Trial by Jury, Civil Cover Sheet, Corporate Disclosure, proposed Summons and our client's check in the amount of $350.00 to cover the filing fee.  Also enclosed is a Motion for Admission Pro Hac Vice which I have siged moving the admission of attorney Dennis M. O'Bryan, Esquire.  Another check for the admission fee in the amount of $50.00 is enclosed.  A CD containing these documents is also enclosed.

    Please file the lawsuit and submit the Motion to the Judge for consideration.  Please issue the Summons and return to me for service by Private Process Server.

    Your assistance is appreciated.  Please give me a call if you have any questions.

Very truly yours,

Stephen F. White

Enclosures

*Admitted in the District of Columbia and Maryland
**Admitted in the District of Columbia, Maryland and Virginia

{00266415v. (13244.00001)}