UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 DEC 19 P 2: 16

CLERK'S OFFICE
AT BALTIMORE

BY____           DEPUTY

DINO J. KALANDRAS,
3008 Benson Avenue
Baltimore, MD 21223

    Plaintiff,

-vs-                    Case No:    **WMN 11 CV 3642**

BRAWNER BUILDERS, INC.,
6 North Park Drive, Suite 106
Hunt Valley, MD 21030

Serve On: Resident Agent, Jeffrey A. Bird

    Defendant.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff


WRIGHT, CONSTABLE & SKEEN, LLP
STEPHEN F. WHITE
Local Counsel
_____/

## DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

O'BRYAN BAUN KARAMANIAN

_____
DENNIS M. O'BRYAN
Attorneys for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

WRIGHT, CONSTABLE & SKEEN, LLP

_____
STEPHEN F. WHITE
Local Counsel
100 N. Charles Street, 16th Floor
Baltimore, Maryland 21201
(410) 659-1304
(410) 659-1350 - fax
swhite@wcslaw.com

Dated: 12/19/2011