395/0

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| Dino J. Kalandras | ) | |
|---|---|---|
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **WMN 11 CV 3642** |
| Brawner Builders, Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brawner Builders, Inc.
c/o Resigent Agent - Jeffrey A. Bird
6 North Park Dr., Ste. 106
Hunt Valley, MD 21030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   O'Bryan Baun Karamanian
Dennis M. O'Bryan
401 S. Old Woodward, Suite 450
Birmingham, MI 48009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Felicia Cannon
*CLERK OF COURT*

Date:  12/20/2011
_____
*Signature of Clerk or Deputy Clerk*

United States District Court of Maryland

| | | | |
|---|---|---|---|
| DINO J. KALANDRAS | ) | | |
| PLAINTIFF(S) | ) | | |
| | ) | | |
| V. | ) | Case # | WMN11CV3642 |
| | ) | | |
| BRAWNER BUILDERS, INC. | ) | | |
| DEFENDANT(S) | ) | | |
| | ) | | |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| I served | **BRAWNER BUILDERS, INC.** |
| with the | **SUMMONS, COMPLAINT AND DEMAND FOR TRIAL BY JURY** |
| by serving | **JEFFREY A. BIRD, RESIDENT AGENT** |
| on | **JANUARY 18, 2012** at **2:09 PM** |
| at | **6 NORTH PARK DRIVE, SUITE 106, HUNT VALLEY, MD 21030** |

## DESCRIPTION

| | | | |
|---|---|---|---|
| **MALE** | **CAUCASIAN** | **40-50** | **BALD** |
| SEX | RACE | AGE | HAIR |
| | | | |
| **6' 3"** | **200-225 LBS** | | **BLUE** |
| HEIGHT | WEIGHT | | EYES |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Thursday, January 19, 2012, Towson, MD.

_____
CRAIG L. TUNNICLIFFE
Everyday Process Servers, Inc.
408 Allegheny Avenue
Towson, MD  21204
(410) 339-7434 , (410) 339-7439 (Fax)
Job #39510