IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| DINO J. KALANDRAS | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.: WMN11cv3642 |
| BRAWNER BUILDERS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

Brawner Builders, Inc. ("Brawner"), by and through its attorneys, JoAnne Zawitoski and Semmes, Bowen & Semmes, hereby files this disclosure statement pursuant to Local Rule 103.3 and Federal Rule of Civil Procedure 7.1, and states:

1. Brawner is not the parent of any corporation.

2. Brawner is affiliated with the following corporations, as they have some common ownership and/or some common officers with Brawner: John Brawner Contracting Company, Inc.; Murphy Bird and Phillips, Inc.; Huntington and Hopkins, Inc.; Southern Improvement Company, Inc.; Snake River Land Company, Inc.; Paper Mill Corporation; and MBP Management, Inc.

3. The following entity may have a financial interest in the outcome of this litigation: International Marine Underwriters, The Northern Assurance Company of America.

4. No publicly held corporation owns 10% or more of Brawner's stock.

| | |
|---|---|
| 2/21/12 | /s/ |
| Date | JoAnne Zawitoski (Fed. Bar No. 00698) |
| | Semmes, Bowen & Semmes |
| | 25 South Charles Street, Suite 1400 |
| | Baltimore, Maryland 21201 |
| | Telephone No. (410) 539-5040 |
| | Facsimile No. (410) 539-5223 |
| | jzawitoski@semmes.com |

*Attorneys for Defendant, Brawner Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 21st day of *February*, 2012, a copy of the foregoing Disclosure of Corporate Interest was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on:

Dennis M. O'Bryan, Esq.  
O'Bryan Baun Karamanian  
401 S. Old Woodward  
Suite 450  
Birmingham, MI 48009  
*Attorneys for Plaintiff*

Stephen F. White, Esq.  
Wright, Constable & Skeen, LLP  
100 N. Charles St.  
16th Floor  
Baltimore, MD 21201  
*Local Counsel for Plaintiff*

/s/  
JoAnne Zawitoski

CKO0006.DOC